UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH KENT,

        Plaintiff,

    v.

EDMUND G. BROWN, et al.,

        Defendants.

Case No. 14-cv-02557-JST (PR)

**ORDER DIRECTING CLERK TO REASSIGN THE ACTION TO A MAGISTRATE JUDGE**

The Clerk shall reassign this civil rights action to a magistrate judge, plaintiff having consented to magistrate judge jurisdiction.

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
JON S. TIGAR
United States District Judge